**DISMISS; and Opinion Filed April 9, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01466-CV

**DAVID LEMON, FA EDGEPOINT SERVICES, LLC, AND ORANGE LEAF VENTURES, LLC, Appellants**

**V.**

**STRAIT CAPITAL COMPANY, LTD., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08245**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Before the Court is appellants' March 29, 2019 motion to dismiss the appeal. In the motion,

appellants state the parties have settled their claims and ask us to dismiss this appeal. We grant

the motion. TEX. R. APP. P. 42.1.

We dismiss the appeal.


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

181466F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID LEMON, FA EDGEPOINT SERVICES, LLC, AND ORANGE LEAF VENTURES, LLC, Appellants

No. 05-18-01466-CV     V.

STRAIT CAPITAL COMPANY, LTD., Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-08245.
Opinion delivered by Justice Osborne, Justices Myers and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of appeal.

Judgment entered this 9th day of April, 2019.